IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Martinez, David | Case Number: 06 B 15896 |
|---|---|---|
| | Martinez, Aida Luz | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 12/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: January 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,088.00 | |
| Secured: | | 9,980.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,492.03 |
| Trustee Fee: | | 615.89 |
| Other Funds: | | 0.00 |
| Totals: | 12,088.00 | 12,088.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 1,492.03 |
| 2. | Bayview Loan Servicing | Secured | 20,300.00 | 9,474.95 |
| 3. | American General Finance | Secured | 3,170.00 | 505.13 |
| 4. | Bayview Loan Servicing | Secured | 10,700.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 574.53 | 0.00 |
| 6. | American General Finance | Unsecured | 10,096.44 | 0.00 |
| | | | $ 47,840.97 | $ 11,472.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 294.91 |
| 5.4% | 320.98 |
| | $ 615.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

